UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| PATRICK L. MCCRORY, in his official capacity as Governor of the State of North Carolina, and FRANK PERRY, in his official capacity as Secretary, North Carolina Department of Public Safety, <br><br>    Plaintiffs, <br><br>    vs. <br><br> UNITED STATES OF AMERICA, UNITED STATES DEPARTMENT OF JUSTICE, LORETTA E. LYNCH, in her official capacity as United States Attorney General, and VANITA GUPTA, in her official capacity as Principal Deputy Assistant Attorney General, <br><br>    Defendants. | CASE NO. 5:16-cv-238-BO |

## NOTICE OF APPEARANCE

The undersigned B. Tyler Brooks of the law firm Millberg Gordon Stewart PLLC hereby enters this notice of appearance as counsel of record for plaintiff Governor Patrick L. McCrory in the above-referenced case.

Respectfully submitted, this the 9th day of May, 2016.

    MILLBERG GORDON STEWART PLLC

    By: /s/ B. Tyler Brooks
    B. Tyler Brooks (State Bar #37604)
    1101 Haynes Street, Suite 104
    Raleigh, NC 27604
    Telephone: (919) 836-0090
    Fax: (919) 836-8027
    Email: tbrooks@mgsattorneys.com
    *Counsel for Governor Patrick L. McCrory*