AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of North Carolina

| | |
|---|---|
| Patrick L. McCrory, in his official capacity as Governor of the State of North Carolina, and Frank Perry, in his official capacity as Secretary, North Carolina Department of Public Safety <br> *Plaintiff(s)* <br> v. <br> United States of America, U.S. Dept. of Justice, Loretta E. Lynch, in her official capacity as U.S. Attorney General, and Vanita Gupta, in her official capacity as Principal Deputy Assistant Atty General <br> *Defendant(s)* | Civil Action No. 5:16-cv-238 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* United States of America, c/o Civil Process Clerk, Office of the United States Attorney, Eastern District of North Carolina, 310 New Bern Avenue, Federal Building, Suite 800 Raleigh, North Carolina 27601-1461; and

c/o Attorney General of the United States, U.S. Department of Justice, 950 Pennsylvania Avenue, NW, Washington, DC 20530-0001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   1) Karl S. Bowers, Jr., P.O. Box 50549, Columbia, SC 29250;

2) Robert C. Stephens, General Counsel, Office of the Governor of North Carolina, 20301 Mail Service Center, Raleigh, NC 27699;

3) William W. Stewart, Jr., Frank J. Gordon, B. Tyler Brooks, Millberg Gordon Stewart PLLC, 1101 Haynes Street, Suite 104, Raleigh, NC 27604

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JULIE RICHARDS JOHNSTON, CLERK

*CLERK OF COURT*

Date: 5/9/2016

*Signature of Clerk or Deputy Clerk*

Civil Action No. 5:16-cv-238

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
for the
Eastern District of North Carolina

| | |
|---|---|
| Patrick L. McCrory, in his official capacity as Governor of the State of North Carolina, and Frank Perry, in his official capacity as Secretary, North Carolina Department of Public Safety <br> *Plaintiff(s)* <br> v. <br> United States of America, U.S. Dept. of Justice, Loretta E. Lynch, in her official capacity as U.S. Attorney General, and Vanita Gupta, in her official capacity as Principal Deputy Assistant Atty General <br> *Defendant(s)* | Civil Action No. 5:16-cv-238 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* United States Department of Justice, 950 Pennsylvania Avenue, NW, Washington DC 20530-0001; and
c/o United States of America c/o Civil Process Clerk, Office of the United States Attorney, Eastern District of North Carolina, 310 New Bern Ave., Federal Building, Suite 800, Raleigh, NC 27601-1461; and
c/o Attorney General of United States, U.S. Department of Justice, 950 Pennsylvania Avenue, NW, Washington, DC 20530-0001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: 1) Karl S. Bowers, Jr., P.O. Box 50549, Columbia, SC 29250;

2) Robert C. Stephens, General Counsel, Office of the Governor of North Carolina, 20301 Mail Service Center, Raleigh, NC 27699;

3) William W. Stewart, Jr., Frank J. Gordon, B. Tyler Brooks, Millberg Gordon Stewart PLLC, 1101 Haynes Street, Suite 104, Raleigh, NC 27604

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JULIE RICHARDS JOHNSTON, CLERK

CLERK OF COURT

Date: 5/9/2016

*Signature of Clerk or Deputy Clerk*

Civil Action No. 5:16-cv-238

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:



My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
for the

Eastern District of North Carolina

| | | |
|---|---|---|
| Patrick L. McCrory, in his official capacity as Governor of the State of North Carolina, and Frank Perry, in his official capacity as Secretary, North Carolina Department of Public Safety <br> *Plaintiff(s)* <br> v. <br> United States of America, U.S. Dept. of Justice, Loretta E. Lynch, in her official capacity as U.S. Attorney General, and Vanita Gupta, in her official capacity as Principal Deputy Assistant Atty General <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 5:16-cv-238 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Loretta E. Lynch, in her official capacity as United States Attorney General, U.S. Department of Justice, 950 Pennsylvania Avenue, NW, Washington, DC 20530-0001; and
c/o United States of America c/o Civil Process Clerk, Office of the United States Attorney, Eastern District of North Carolina, 310 New Bern Avenue, Federal Building, Suite 800, Raleigh, NC 27601-1461; and c/o Attorney General of the United States, U.S. Department of Justice, 950 Pennsylvania Ave., NW, Washington DC 20530-0001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   1) Karl S. Bowers, Jr., P.O. Box 50549, Columbia, SC 29250;

2) Robert C. Stephens, General Counsel, Office of the Governor of North Carolina, 20301 Mail Service Center, Raleigh, NC 27699;

3) William W. Stewart, Jr., Frank J. Gordon, B. Tyler Brooks, Millberg Gordon Stewart PLLC, 1101 Haynes Street, Suite 104, Raleigh, NC 27604

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JULIE RICHARDS JOHNSTON, CLERK

CLERK OF COURT

Date: 5/9/2016

*Signature of Clerk or Deputy Clerk*

Civil Action No. 5:16-cv-238

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
for the
Eastern District of North Carolina

| | |
|---|---|
| Patrick L. McCrory, in his official capacity as Governor of the State of North Carolina, and Frank Perry, in his official capacity as Secretary, North Carolina Department of Public Safety <br> *Plaintiff(s)* <br> v. <br> United States of America, U.S. Dept. of Justice, Loretta E. Lynch, in her official capacity as U.S. Attorney General, and Vanita Gupta, in her official capacity as Principal Deputy Assistant Atty General <br> *Defendant(s)* | ) ) ) ) ) ) ) Civil Action No. 5:16-cv-238 ) ) ) ) ) ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Vanita Gupta, in her official capacity as Principal Deputy Assistant Attorney General, U.S. Department of Justice, 950 Pennsylvania Avenue, NW, Washington, DC 20530-0001; and
c/o United States of America c/o Civil Process Clerk, Office of the United States Attorney, Eastern District of North Carolina, 310 New Bern Avenue, Federal Building, Suite 800, Raleigh, NC 27601-1461; and c/o Attorney General of the United States, U.S. Department of Justice, NW, Washington, DC 20530-0001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   1) Karl S. Bowers, Jr., P.O. Box 50549, Columbia, SC 29250;

2) Robert C. Stephens, General Counsel, Office of the Governor of North Carolina, 20301 Mail Service Center, Raleigh, NC 27699;

3) William W. Stewart, Jr., Frank J. Gordon, B. Tyler Brooks, Millberg Gordon Stewart PLLC, 1101 Haynes Street, Suite 104, Raleigh, NC 27604

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JULIE RICHARDS JOHNSTON, CLERK

*CLERK OF COURT*

Date: 5/9/2016

*Signature of Clerk or Deputy Clerk*

Civil Action No. 5:16-cv-238

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
, a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: