UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

PATRICK L. MCCRORY, in his official capacity )
as Governor of the State of North Carolina, )
and FRANK PERRY, in his official capacity )
as Secretary, North Carolina Department of )
Public Safety, )
) Case No. 5:16-cv-238-BO
Plaintiffs, )
)
vs. )
)
UNITED STATES OF AMERICA, )
UNITED STATES DEPARTMENT )
OF JUSTICE, LORETTA E. LYNCH, in her )
official capacity as United States Attorney )
General, and VANITA GUPTA, in her official )
capacity as Principal Deputy Assistant Attorney )
General, )
)
Defendants. )
)

## DEFENDANTS' MOTION TO DISMISS

Defendants United States of America, United States Department of Justice, Loretta E. Lynch, in her official capacity as United States Attorney General, and Vanita Gupta, in her official capacity as Principal Deputy Assistant Attorney General (collectively "Defendants"), hereby respectfully move this Court to dismiss Plaintiffs' complaint for declaratory relief pursuant to Federal Rule of Civil Procedure 12(b)(1). A supporting memorandum is attached.

                 Respectfully submitted,

                 BENJAMIN C. MIZER
                 Principal Deputy Assistant Attorney General
                 Civil Division

                 JENNIFER D. RICKETTS
                 Director
                 Federal Programs Branch

1

JOSHUA E. GARDNER
Assistant Director
Federal Programs Branch

/s/ Spencer E. Amdur
SPENCER E. AMDUR
(Pennsylvania Bar # 322007)
Trial Attorney
Federal Programs Branch
U.S. Department of Justice
20 Massachusetts Avenue NW
Washington, D.C. 20530
Telephone: (202) 616-7420
Facsimile: (202) 616-8460
spencer.amdur@usdoj.gov

July 12, 2016                    *Attorneys for Defendants*